

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00739-CV

**IN THE INTEREST OF T.S.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00266
Honorable Richard Garcia, Judge Presiding

# O R D E R

This is an accelerated appeal in a parental termination case. Although the reporter's record was initially due on October 21, 2018, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). We, therefore, ORDER the court reporter to file the reporter's record on or before **November 16, 2018**. If the reporter's record is not received by such date, an order may be issued directing **Angie R. Jimenez** to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c) (noting that the trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed and that the appellate court may not grant more than a ten-day extension to file the appellate record).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court